PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARTER ALAN MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-00953-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED, by and between Carter Moore (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of fourteen (14) days to file a Response to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension on her Response to Plaintiff's motion for summary judgment. The current due date is December 5, 2022. The new date will be December 19, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has reviewed the pleadings in this case and the certified administrative record. However, she requires more time to engage in settlement discussions with her client. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on November 29, 2022, and he had no objection to this request.

Respectfully submitted,

DATE: November 29, 2022          /s/ *Francesco Paulo Benavides*
                                 FRANCESCO PAULO BENAVIDES
                                 Attorney for Plaintiff
                                 (as approved via email)

                                 PHILLIP A. TALBERT
                                 United States Attorney

DATE: November 29, 2022    By    s/ *Margaret Lehrkind*
                                 MARGARET LEHRKIND
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation, it is so ordered.

Dated: November 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE