PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
    Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER ALAN MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>    Defendant. | Case No.: 2:22-cv-00953-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

///

On remand, the Commissioner will develop the record as necessary and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                     Respectfully submitted,

Dated: December 7, 2022          Law Offices of Francesco Benavides

                                                     *s/ Francesco Benavides**
                                                     FRANCESCO BENAVIDES
                                                     Attorney for Plaintiff
                                                     (*as authorized via e-mail)

Dated: December 7, 2022          PHILLIP A. TALBERT
                                                   United States Attorney

                                                   MATHEW W. PILE
                                                   Associate General Counsel
                                                   Office Of Program Litigation, Office 7

                                                   *s/ Margaret Lehrkind*
                                                   MARGARET LEHRKIND
                                                   Special Assistant United States Attorney
                                                   Attorney for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  December 9, 2022

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE